MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JENNIFER XIAO,<br><br>   Defendant. | 3-12-71319 MAG<br><br>No. ~~4-12-71319~~ MAG<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(h) |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until January 24, 2013.

2. The parties have engaged in discussions and agreed to proceed by Information, which will be filed before January 24, 2013.  The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

STIPULATION AND ~~[PROPOSED]~~ ORDER
Case No. 4-12-71319-MAG

1    3.  The next court appearance in this case shall be January 24, 2013, at 9:30 am before the
2 duty magistrate in San Francisco, for preliminary hearing or indictment.  The parties may seek
3 further extension of the time limits in Rule 5.1(c) by stipulation.
4    SO STIPULATED AND AGREED,

6 DATED:                                            MELINDA HAAG
                                                   United States Attorney

                                                       /s/
                                                   _____
                                                   JOHN H. HEMANN
                                                   Assistant United States Attorney


                                                       /s/
                                                   _____
   DATED:
                                                   CHARLES SMITH
                                                   Counsel for Jennifer Xiao

                            **[PROPOSED] ORDER**

   Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO
   ORDERED.

   DATED: January 16, 2013                        _____
                                                   LAUREL BEELER
                                                   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 4-12-71319-MAG