MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-12-71319-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(h) |
| v. | |
| JENNIFER XIAO, | |
| Defendant. | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until January 25, 2013. Counsel for defendant has a conflicting court appearance in San Mateo County on the morning of January 24, 2013.

2. The parties have engaged in discussions and agreed to proceed by Information, which will be filed before January 25, 2013. The parties agree that extending the time limits of Rule 5.1 serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the

STIPULATION AND [PROPOSED] ORDER
Case No. 3-12-71319-MAG

exercise of due diligence. 18 U.S.C. § 3161(h)(7).

   3. The next court appearance in this case shall be January 25, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation.

   SO STIPULATED AND AGREED,

DATED: 1/24/2013       MELINDA HAAG
                United States Attorney

                /s/
                _____
                JOHN H. HEMANN
                Assistant United States Attorney

                /s/
DATED: 1/24/2013       _____
                CHARLES SMITH
                Counsel for Jennifer Xiao

## [~~PROPOSED~~] ORDER

  Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO ORDERED.

DATED: January 24, 2013      _____
                LAUREL BEELER
                United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3-12-71319-MAG